## No. 6666.

### THE STATE VS. MARIE RICARD.

The defendant was indicted for larceny in the District Court, and the case was transferred to the Parish Court. Upon arraignment in the Parish Court the accused waived trial by jury, and was there tried and convicted. The exception is that the cause could not be removed to the Parish Court until after the accused had waived trial by jury. *Held,* the defendant not only accepted but invited the jurisdiction

State *vs.* Brennan.

of the Parish Court by making her formal waiver there, and her conviction in that court was legal.

APPEAL from the Parish Court of East Baton Rouge.   SCHORTEN, J.

The Attorney-General for the State.  *Knickerbocker* for the Defendant.

MANNING, C. J., delivered the opinion affirming the judgment.